1038

[Nos. 71015-0-I; 71016-8-I.   Division One.   July 28, 2014.]

*In the Matter of the Dependency of* F.G. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,*
v. JASMINE WEBSTER, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 13-7-11363-3, Ken Schubert, J., entered November 20, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Trickey, JJ.

[No. 71124-5-I.   Division One.   July 28, 2014.]

*In the Matter of the Dependency of* M.N.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,*
v. RACHEL NIEHAUS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-7-00410-7, Janice E. Ellis, J., entered November 5, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 71963-7-I.   Division One.   July 28, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL HARRIS EHAT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03982-0, James R. Orlando, J., entered April 19, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Becker, J.